# Exhibit C

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Jeanne M. Heffernan, P.C.
To Call Writer Directly:
+1 212 446 4696
jheffernan@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

August 3, 2018

Randall Garteiser, Esq.
Garteiser Honea
119 W. Ferguson Street
Tyler, Texas 75702

Re:   *Blue Spike, LLC v. Frontier Communications Corp.*

Dear Randall:

    I write in response to your email dated July 30, 2018, in which Blue Spike refused the offer Frontier Communications Corporation ("FCC") made on the same date. That email correspondence is enclosed.

    In that email, you write that you sued FCC because "[h]olding companies hold the money." But Blue Spike cannot, in good faith, sue for patent infringement a company that does not own, operate, sell, or offer for sale the accused services, on the supposition that the company has money. Had Blue Spike conducted a proper pre-filing investigation under Rule 11, it would have known that FCC is a holding company that provides no services, including the accused services. Or you did conduct a pre-filing investigation, learned that FCC is merely a holding company, decided, in bad faith, to sue FCC anyway, and for that reason you have rejected our offer to timely dismiss FCC without prejudice.

    Because the parties cannot reach agreement, we will answer on behalf of FCC, set forth these facts in the answer, and move for judgment on the pleadings. If successful, we intend to seek attorney's fees and sanctions for Blue Spike's failure to conduct a proper pre-filing investigation (or its bad-faith decision to sue the wrong entity) and its refusal to correct the pleadings by dismissing FCC without prejudice and adding the Texas operating entity.

    There are other, troubling deficiencies in the complaint you filed, which we will address in our forthcoming motion and which indicate that Blue Spike has not ceased the improper approach to filing lawsuits that has been the subject of sanctions motions against it in the past.

Beijing   Boston   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.

## KIRKLAND & ELLIS LLP

Randall Garteiser, Esq.
August 3, 2018
Page 2

                                                           Sincerely,

                                                           Jeanne M. Heffernan, P.C.

Enclosure

cc:      Stephanie Barnes, Esq.
          Clyde Siebman, Esq.

# Heffernan, Jeannie

| | |
|---|---|
| From: | Randall Garteiser <rgarteiser@ghiplaw.com> |
| Sent: | Monday, July 30, 2018 2:34 PM |
| To: | Heffernan, Jeannie |
| Cc: | chonea@ghiplaw.com; Randall Garteiser |
| Subject: | Re: Blue Spike v. Frontier |

We disagree that the party named is not the correct party for Frontier.  Holding companies hold the money and technology, so we don't want to sue for infringement a company with no money.
However, if you want to provide us the name of another Frontier plaintiff, then we will assess that information and try to reach a stipulation of dismissal without prejudice to the current plaintiff in good faith.  Otherwise, we agree to substitute the proper name of the plaintiff during the Rule 26 conference stage of the litigation, as right now our pre-suit investigation has the proper plaintiff as already identified.

This week we are busy with a few deadlines, so the best way to communicate with us by email.



**Randall Garteiser** / Partner

888.908.4400 x100 / rgarteiser@ghiplaw.com
119 W Ferguson, Tyler, TX 75702
795 Folsom St, Floor 1, San Francisco, CA  94107-4226
http://www.ghiplaw.com

This e-mail message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections, and is intended solely for use by the intended recipient. Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately. We also advise that any federal tax advice provided in this communication is not intended or written to be used, and cannot be used by the recipient or any other taxpayer for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or in promoting, marketing or recommending to another party any transaction or matter addressed herein.



> On Jul 30, 2018, at 11:43 AM, Heffernan, Jeannie <jheffernan@kirkland.com> wrote:
>
> Randall,

I tried you by phone just now to discuss Blue Spike's complaint, in particular the Frontier entity named as a defendant.  It appears from our investigation to date that Frontier Communications Corporation, the sole named defendant, is a parent holding company and not an operating company.  Please call me to discuss a possible substitution of the entity that actually operates in the State of Texas.

Best regards,

**Jeannie Heffernan**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 4696
**F** +1 212 446 4900

jheffernan@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.