UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FRONTIER COMMUNICATIONS CORP., <br><br> Defendant. | No. 6:18-cv-242-RWS-KNM <br><br> JURY TRIAL DEMANDED |

**DEFENDANT FRONTIER COMMUNICATIONS CORPORATION'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Frontier Communications Corporation states that it is publicly traded, it has no parent corporation, and as of March 31, 2018, BlackRock, Inc. owns 12.81% of its stock.

1

Dated: August 6, 2018

Respectfully submitted,

By: */s/ Jeanne M. Heffernan*
Jeanne M. Heffernan
jheffernan@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Clyde M. Siebman (State Bar No. 18341600)
clydesiebman@siebman.com
Stephanie R. Barnes (State Bar No. 24045696)
stephaniebarnes@siebman.com
**SIEBMAN, FORREST, BURG & SMITH, LLP**
Federal Courthouse Square
300 North Travis Street
Sherman, TX 75090
Telephone: (903) 870-0070
Facsimile: (903) 870-0066

**Attorneys for Frontier Communications Corp.**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 6th day of August, 2018, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jeanne M. Heffernan*

Jeanne M. Heffernan
